**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ANITA MEDINA,**                                                   **PLAINTIFF,**

**VS.**                       **CIVIL ACTION NO. 4:04CV236-P-B**

**MIMS OIL COMPANY, INC.,**                                   **DEFENDANT.**

<u>**ORDER**</u>

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion to Dismiss [6-1] is hereby **GRANTED IN PART AND DENIED IN PART**; specifically,

(2) The motion to dismiss is granted insofar as the plaintiff fails to state a claim for wrongful termination and negligent infliction of emotional distress; thus,

(3) The plaintiff's claims for wrongful termination and negligent infliction of emotional distress are **DISMISSED WITH PREJUDICE**; and

(4) The motion to dismiss is denied in regard to the plaintiff's claims of intentional infliction of emotional distress and violations of the American with Disabilities Act.

**SO ORDERED** this the 8th day of July, A.D., 2005.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE